UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE BELYEW, | No. 2:23-cv-01760-EFB (HC) |
| Petitioner, | |
| v. | ORDER |
| J. MACOMBER, | |
| Respondent. | |

Petitioner, a state prisoner proceeding without counsel, has filed in this court a petition for writ of habeas corpus which she has since stated should have been filed in the California Court of Appeal. ECF No. 1. The petition itself indicates in the caption that was intended to be filed in the California Court of Appeal, Third Appellate District. Petitioner has filed a letter noting and apologizing for the error and asking that the matter be transferred to the appropriate court. ECF No. 3. This court cannot transfer the case to the state courts, but construes petitioner's letter as a request for voluntary dismissal of this action. As no responsive pleading has yet been filed, petitioner is free to dismiss her case without further order of the court. Fed. R. Civ. P. 41(a). Pursuant to Rule 41(a), her voluntary dismissal is without prejudice, leaving petitioner free to re-file in the appropriate court.

/////

/////

/////

1

Accordingly, it is hereby acknowledged that petitioner has DISMISSED her petition for writ of habeas corpus; and the Clerk of the Court is directed to close this case.

Dated: November 27, 2023

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE